**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**THOMAS A. GREENE,**

    **Plaintiff,**

v.                                                      CASE NO: 8:06-cv-723-T-30TGW

**CIGNA LIFE INSURANCE**
**COMPANY OF NEW YORK,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #18). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 3, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-723.dismissal 18.wpd